February 4th 2015                                    1

RE: 14-14-00725-CR

FROM: Dwayne Dixon TDCJ 544662        TO: Mr. Christopher Prine, Clerk
9601 Spur 591                         Fourteenth Court of Appeals
Amarillo, Tx 79107                    301 Fannin, Suite 245
                                      Houston, Texas   77002

Dear Mr. Prine:

MAILED 2/5/15

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS
FEB 09 2015
CHRISTOPHER A. PRINE
CLERK

      Today on 02-03-15 I received a letter from the Fourteenth Court of Appeals notifying me that my Pro Se motion for an extention of time to file Pro Se brief was granted.

      However, delivery of the above mentioned correspondence took place with Appellant having only (3) days to file his Pro Se brief, due to TDCJ taking nearly (27) days to deliver my mail to me.

      I have enclosed the envelope that was sent from the court clearly showing the William P. Clements mailroom violated policy by taking more than a reasonable amount of time to deliver my mail.

      Therefore, appellant comes now before the honorable Fourteenth Court of Appeals humbly requesting a second extention of time be granted to him, to compensate for the delay in delivering said mail.

      Be it further known that appellant has for the last 1½ months been

REASSIGNED to the Montford Unit undergoing treatment for a condition of Hepta Cellular Carcinoma (ie. liver cancer). HAVING NO ACCESS To the unit Law Library while on a Medical arrival here.

Appellant is at this point unsure as to when his treatments will be terminated. Appellant has been informed by the Chief Surgeon that his liver is not able to survive surgical removal of tumors and would place the patient at high risk of not surviving.

Treatments consist of Chemotherapy, Raidiation, and various other methods of bringing the cancer into remission.

Tempararily, any correspondence should be forwarded to:

Dwayne Dixon # 544662
Montford Medical Unit
8602 Peach St
Lubbock, Texas 79404

Thanks greatly for your time and consideration in this matter.

Sincerely & Respectly

Dwayne Dixon
# 544662



**Fourteenth Court of Appeals**

301 Fannin, Suite 245

Houston, Texas 77002

OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR
PRIVATE USE

U.S. POSTAGE *Pitney Bowes*

$ 000.490

0001378733 DEC. 17. 2014

RE: 14-14-00725-CR

Dwayne Dixon

West Texas Reg. Medical Facili

8602 Peach St.

Lubbock, TX 79404



#544662

FIB-02

HP

1:53 pm

08/03/15

Byrd↑

DEWEYS

LUBBOCK TX 794

05 FEB 2015 PM 1 T



Mr. Christopher Prine, Clerk

Fourteenth Court of Appeals

301 Fannin, Suite 245

Houston, Texas 77002

Dwayne Dixon #544662

Western Regional Medical facility

8602 Peach St.

Lubbock, Tx 79404

Legal

770023062